

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00227-CV

| | | |
|---|---|---|
| Lou Anne Perkins | § | From the 362nd District Court |
| v. | § | of Denton County (15-09007-362) |
| | § | August 16, 2018 |
| Barry Hicks d/b/a Sunshine Remodeling | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We affirm the trial court's summary judgment on Appellant Lou Anne Perkins's breach-of-contract and breach-of-warranties claims. We reverse the trial court's summary judgment on Perkins's negligence claim and remand that cause of action to the trial court for further proceedings.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr